**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

REBECCA MARTIN,

        Plaintiff,

    vs.

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Defendant.

Civil Action No.:  1:07-cv-03145

**DEFENDANT'S DISCLOSURE**
**STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant,

Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of

my knowledge and belief, the following is a complete list of NPC's parent corporations and

publically held companies that own 10% or more of NPC's stock:

1.      Novartis Finance Corporation, a New York corporation;

2.      Novartis Corporation, a New York corporation;

3.      Novartis Holding, AG, a Swiss company; and

4.      Novartis AG, a Swiss company, whose American Depository Shares are

        publically traded on the New York Stock Exchange.

5.      Novartis AG indirectly owns a 100% interest in NPC.

Dated:  May 22, 2007                                    Respectfully submitted,


                                                        s/ Ethan D. Stein
                                                        Ethan D. Stein (ES-7130)
                                                        Diane E. Lifton (DL-9673)
                                                        GIBBONS P.C.
                                                        One Pennsylvania Plaza, 37th Floor
                                                        New York, NY 10119-3701
                                                        Phone: 212-613-2000
                                                        Fax: 212-333-5980
                                                        *Counsel for Defendant Novartis
                                                        Pharmaceuticals Corporation*

                                                        *Of counsel:*
                                                        Joe G. Hollingsworth
                                                        Donald W. Fowler
                                                        Katharine R. Latimer
                                                        Robert E. Johnston
                                                        SPRIGGS & HOLLINGSWORTH
                                                        1350 I Street, NW, Ninth Floor
                                                        Washington, D.C.  20005
                                                        Phone:  (202) 898-5800
                                                        Fax:  (202) 682-1639

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 22, 2007, the Defendant's Disclosure Statement was filed

with the Clerk of the Court and served in accordance with the Southern District's Rules on

Electronic Service upon the following parties and participants:

> Russel H. Beatie, Esq.
> Daniel A. Osborn, Esq.
> Beatie and Osborn LLP
> 521 Fifth Avenue, 34th Floor
> New York, NY  10175

I further certify that on May 22, 2007, I served a true and correct copy of the foregoing

Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

| | |
|---|---|
| The Powell Law Firm, L.C. | The Offices of Jeffrey C. Bogert |
| 269 South Beverly Drive | 501 Colorado Boulevard |
| Suite 1156 | Suite 208 |
| Beverly Hills, CA  90212 | Santa Monica, CA  90401 |

> s/ Ethan D. Stein
> Ethan D. Stein